**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 869 MAL 2014
: 
             Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. : 
: 
: 
: 
ELVINO ALBERTO CAGNARDI, : 
: 
            Petitioner : 

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.